# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2407

_____

United States of America

*Plaintiff - Appellee*

v.

Maurice D. Bell

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 23, 2026
Filed: March 26, 2026
[Unpublished]

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Maurice Bell appeals after the district court[1] revoked his supervised release and sentenced him to 22 months in prison, arguing the district court plainly erred in

_____

[1] The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

relying on the sentencing factors in 18 U.S.C. § 3553(a)(2)(A) at his revocation sentencing. See 18 U.S.C. § 3583(e). We conclude Bell has not established he is entitled to plain-error relief, as the record shows the district court arrived at its revocation determination guided by permissible considerations--primarily, the need to protect the public. See United States v. Wooten, 167 F.4th 490, 494-95 (8th Cir. 2026) (standard of review; no plain error when record showed the district court was guided by permissible sentencing factors); United States v. Jokhoo, 141 F.4th 967, 970 (8th Cir. 2025) (no plain error where separate and appropriate basis was primary driver of revocation determination).

Accordingly, we affirm the judgment of the district court.

_____